THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANIE R. ENEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security*,<br><br>　　　　Defendant. | CASE NO. C12-1535-JCC<br><br>ORDER |

The Court, after consideration of the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. (Dkt. No. 17.)

(2) The above-captioned matter is DISMISSED without prejudice for failure to prosecute and failure to comply with a court order pursuant to Fed. R. Civ. P. 41(b) and W.D. Wash. Local Rule 11(c).

(3) The Clerk is respectfully directed to CLOSE the case.

(4) The Clerk is further directed to send copies of this Order to the parties and to Judge Theiler.

1     DATED this 22nd day of February 2013.

                                    John C. Coughenour
                                    UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2